UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DOUGLAS AUTOTECH CORPORATION,

    Plaintiff/Counter-Defendant,

v.

MARK ONE MANUFACTURING, LTD.,
aka MARK ONE MANUFACTURING, LLC,
DOUGLAS P. LARGER, and
JUSTIN R. SPILLERS,

    Defendants/Counter-Plaintiffs,

And

JENNIFER K. CANNON,
GREGORY D. CANNON, and
JAG MANUFACTURING LIMITED LIABILITY COMPANY,

    Defendants.

Case No. 1:22-cv-00439

HON. HALA Y. JARBOU

| | |
|---|---|
| Salvatore W. Pirrotta (P62596)<br>MILLER JOHNSON<br>  Attorneys for Plaintiff/Counter-Defendant,<br>  Douglas Autotech Corporation<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI  49503<br>616.831.1700<br>pirrottas@millerjohnson.com | Charles N. Ash, Jr. (P55941)<br>Matthew E. Sierwaski (P83524)<br>Joshua J. Reuter (P85626)<br>WARNER NORCROSS + JUDD LLP<br>  Attorneys for Defendants/Counter-Plaintiffs<br>  Mark One Manufacturing, Ltd., Douglas P.<br>  Larger, and Justin R. Spillers<br>150 Ottawa Ave NW Ste 1500<br>Grand Rapids, MI  49503-2832<br>cash@wnj.com<br>msierwaskin@wnj.com<br>jreuter@wnj.com<br><br>Scott E. Dwyer (P33131)<br>Daniel J. Broxup (P72868)<br>MIKA MEYERS PLC<br>  Attorneys for Defendants Gregory D.<br>  Cannon, Jennifer K. Cannon, and JAG<br>  Manufacturing Limited Liability Company<br>900 Monroe Ave NW<br>Grand Rapids, MI  49503-1423<br>sdwyer@mikameyers.com<br>dbroxup@mikameyers.com |

**STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS BETWEEN
PLAINTIFF/COUNTER-DEFENDANT AND DEFENDANTS/COUNTER-PLAINTIFFS**

Plaintiff/Counter-Defendant, Douglas Autotech Corporation, and Defendants/Counter-Plaintiffs Mark One Manufacturing, Ltd., Douglas P. Larger, and Justin R. Spillers hereby stipulate to the dismissal of all claims and counterclaims between them in this lawsuit, with prejudice and without fees or costs.

Dated:  October 31, 2022

By /s/ *Salvatore W. Pirrotta*
Salvatore W. Pirrotta (P62596)
MILLER JOHNSON
   Attorneys for Plaintiff/Counter-Defendant
   Douglas Autotech Corporation
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI  49503
616.831.1700
pirrottas@millerjohnson.com


By */s/ Matthew E. Sierwaski*
Charles N. Ash, Jr. (P55941)
Matthew E. Sierwaski (P83524)
Joshua J. Reuter (P85626)
WARNER NORCROSS + JUDD LLP
   Attorneys for Defendants/Counter-Plaintiffs
   Mark One Manufacturing, Ltd.,
   Douglas P. Larger, and Justin R. Spillers
150 Ottawa Ave NW Ste 1500
Grand Rapids, MI  49503-2832
cash@wnj.com
msierwaskin@wnj.com
jreuter@wnj.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DOUGLAS AUTOTECH CORPORATION,

    Plaintiff/Counter-Defendant,

v.

MARK ONE MANUFACTURING, LTD.,      Case No. 1:22-cv-00439
aka MARK ONE MANUFACTURING, LLC,
DOUGLAS P. LARGER, and      HON. HALA Y. JARBOU
JUSTIN R. SPILLERS,

    Defendants/Counter-Plaintiffs,

And

JENNIFER K. CANNON,
GREGORY D. CANNON, and
JAG MANUFACTURING LIMITED LIABILITY COMPANY,

    Defendants.

| | |
|---|---|
| Salvatore W. Pirrotta (P62596)<br>MILLER JOHNSON<br>  Attorneys for Plaintiff/Counter-Defendant,<br>  Douglas Autotech Corporation<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, MI  49503<br>616.831.1700<br>pirrottas@millerjohnson.com | Charles N. Ash, Jr. (P55941)<br>Matthew E. Sierwaski (P83524)<br>Joshua J. Reuter (P85626)<br>WARNER NORCROSS + JUDD LLP<br>  Attorneys for Defendants/Counter-Plaintiffs<br>  Mark One Manufacturing, Ltd.,<br>  Douglas P. Larger, and Justin R. Spillers<br>150 Ottawa Ave NW Ste 1500<br>Grand Rapids, MI  49503-2832<br>cash@wnj.com<br>msierwaskin@wnj.com<br>jreuter@wnj.com<br><br>Scott E. Dwyer (P33131)<br>Daniel J. Broxup (P72868)<br>MIKA MEYERS PLC<br>  Attorneys for Defendants Gregory D.<br>  Cannon, Jennifer K. Cannon, and JAG<br>  Manufacturing Limited Liability Company<br>900 Monroe Ave NW<br>Grand Rapids, MI  49503-1423<br>sdwyer@mikameyers.com<br>dbroxup@mikameyers.com |

## ORDER DISMISSING ALL CLAIMS AND COUNTERCLAIMS BETWEEN PLAINTIFF/COUNTER-DEFENDANT AND DEFENDANTS/COUNTER-PLAINTIFFS

Pursuant to Plaintiff/Counter-Defendant, Douglas Autotech Corporation, and Defendants/Counter-Plaintiffs Mark One Manufacturing, Ltd., Douglas P. Larger, and Justin R. Spillers' Stipulation to Dismiss all Claims and Counterclaims Between Them, with prejudice and without fees or costs,

**IT IS HEREBY ORDERED THAT**,

All claims and counterclaims between Plaintiff/Counter-Defendant and Defendants/Counter-Plaintiffs are dismissed, with prejudice and without fees or costs.

Dated:  October 31, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE